UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DOUGLAS WALLIS,** ) | |
| ) | Case No. 3:11-cv-115-HU |
| **Plaintiff,** ) | |
| ) | **ORDER GRANTING** |
| v. ) | **DISMISSAL** |
| ) | **WITH PREJUDICE** |
| **LOUISVILLE LADDER INC.** ) | |
| ) | |
| **Defendant.** ) | |

THIS MATTER comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice. Having considered this stipulation, the law, and being otherwise fully advised in the premises, the Court hereby GRANTS the Joint Stipulation of Dismissal with Prejudice. This lawsuit, and all claims asserted herein, are hereby dismissed with prejudice. The parties shall bear their own costs and attorney's fees incurred in connection with this action.

SO ORDERED this __4th__ day of __May__, 2012.

BY THE COURT:

/s/ Dennis J. Hubel
_____
Honorable Dennis J. Hubel

Page 1 -   ORDER GRANTING DISMISSAL WITH PREJUDICE

SNELL & WILMER L.L.P.
Attorneys at Law
1200 17th St., Suite 1900
Denver. CO 80202
Telephone 303.634.2000  Fax 303.634.2020